**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Kenneth J. Gonzales**

**CASE NO.:**    CR 25-0318 KG                     **DATE:**    6/30/2026

**TITLE:**    *USA v. Jeffrey Hammerel*            **TIME IN COURT:**    0:08

**COURTROOM CLERK:**  L. Rotonda                   **COURT REPORTER:**    C. McAlister

() Albuquerque   () Las Cruces   (X) Santa Fe      **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**            **ATTORNEYS PRESENT FOR DEFENDANT(S):**
SHANA LONG (VIA ZOOM)                              ERIC RAYMON (VIA ZOOM)
KATHERINE LEWIS (VIA ZOOM)

**TYPE OF PROCEEDING:**        **Status Conference**

**PROCEEDINGS:**

**Court in Session:  1:39 p.m.**

**Court:**  Calls case, counsel enter appearances.  Counsel and Supervisory USPO Wade Miller appearing via Zoom.

Notes that instant hearing was set following the recent reassignment of this case.  Indicates the Court is inclined to set matter for Sentencing, asks if counsel would agree to a November setting.

**Ms. Lewis:**  Government would have no objection to this at present time, advises parties may need to move for a continuance.

**Mr. Raymon:**  Defendant presently has no objection to proceeding as outlined.

**Ms. Long:**  Confirms agreement with Court's proposal.

**Court:**  Will set case for Sentencing in November, acknowledges this timeframe will be contingent upon Presentence Investigation Report being disclosed sufficiently in advance.  States will be willing to entertain motion to continue if needed, based on date of disclosure.

Thanks counsel for presentations, Court will be in recess.

**Court in Recess:  1:47 p.m.**